# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  DANIEL J. THOMAS, SR.           §   Case No. 13-80105
        TRACI J. THOMAS                 §
                                        §
                                        §
              Debtors                   §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 01/11/2013.

2) The plan was confirmed on 03/08/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 03/08/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 06/24/2013.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $41,898.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 4,313.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 4,313.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 267.41 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,267.41 |
| Attorney fees paid and disclosed by debtor: | $ 500.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JONES & HART LAW OFFICES | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,000.00 | 0.00 |
| ALLY FINANCIAL | Sec | 0.00 | 8,428.51 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Sec | 0.00 | 2,170.66 | 2,170.66 | 655.74 | 0.00 |
| BANK OF AMERICA NA | Sec | 0.00 | 1,290.50 | 1,290.50 | 389.85 | 0.00 |
| ADVOCATE CONDELL MEDICAL | Uns | 1,744.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD | Uns | 695.00 | NA | NA | 0.00 | 0.00 |
| BEST PRACTICES INPATIENT | Uns | 469.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 3,100.00 | 842.64 | 842.64 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 4,838.00 | 4,803.37 | 4,803.37 | 0.00 | 0.00 |
| OAK HARBOR CAPTIAL VII, LLC | Uns | 4,469.00 | 4,281.73 | 4,281.73 | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Uns | 913.00 | 913.78 | 913.78 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 8,775.00 | 8,775.03 | 8,775.03 | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Uns | 13,655.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 859.00 | 864.91 | 864.91 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,023.00 | 1,039.15 | 1,039.15 | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 2,215.00 | 2,496.28 | 2,496.28 | 0.00 | 0.00 |
| NORTHWEST NEUROLOGY LTD | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| PCS STAMPS & COINS | Uns | 17.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROGERS ENTERPRISES | Uns | 1,874.00 | 1,885.21 | 1,885.21 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,740.00 | 1,756.91 | 1,756.91 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 1,649.00 | 1,092.54 | 1,092.54 | 0.00 | 0.00 |
| THE DANBURY MINT | Uns | 414.00 | NA | NA | 0.00 | 0.00 |
| TRI - COUNTY EMERGENCY PHYS | Uns | 175.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPTIAL VII, LLC | Uns | 4,479.00 | 4,563.38 | 4,563.38 | 0.00 | 0.00 |
| WELLINGTON RADIOLOGY GROUP | Uns | 161.00 | NA | NA | 0.00 | 0.00 |
| CHRISTOPHER BURLINGAME | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 584.46 | 584.46 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 3,461.16 | $ 1,045.59 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 3,461.16 | $ 1,045.59 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 33,899.39 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,267.41 |
| Disbursements to Creditors | $ 1,045.59 |
| **TOTAL DISBURSEMENTS:** | $ 4,313.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 07/19/2013        By: /s/ Lydia S. Meyer
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)